| | |
|---|---|
| DENZEL HENSLEY ) | |
| ) | |
| v. ) | NO. 2:04-CV-445 |
| ) | |
| MAJOR BRENDA HENSLEY ) | |

## ORDER of JUDGMENT

In accordance with the memorandum and order this day entered, this prisoner's pro se civil rights action under 42 U.S.C. § 1983 is DISMISSED without prejudice for failure to exhaust available administrative remedies. 42 U.S.C. § 1997e. The Court finds that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

  ENTER:

            s/Thomas Gray Hull
            THOMAS GRAY HULL
             SENIOR U. S. DISTRICT JUDGE